STROOCK & STROOCK & LAVAN LLP
BRIAN C. FRONTINO (State Bar No. 222032)
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
Telephone:  310-556-5800
Facsimile: 310-556-5959
Email:    *lacalendar@stroock.com*
          *bfrontino@stroock.com*

Attorneys for Defendant
  AMERICAN EXPRESS COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| DIANA STANLEY,<br><br>                 Plaintiff,<br><br>        v.<br><br>AMERICAN EXPRESS COMPANY,<br><br>                 Defendant. | Case No. 2:22-cv-02303-AC<br><br>[Assigned to the Hon. Allison Claire]<br><br>**STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>**[L.R. 144(a)]**<br><br>Complaint served: December 30, 2022<br>Current response date: February 17, 2023<br>New response date:  March 22, 2023 |

MIA 31614128

1 | Plaintiff Diana Stanley ("Plaintiff") and defendant American Express National
2 | Bank ("American Express"), erroneously sued as American Express Company, and
3 | Plaintiff, through their undersigned counsel, hereby stipulate as follows:
4 | WHEREAS, Plaintiff filed the Complaint in this action on December 28, 2022,
5 | in the United States District Court for the Eastern District of California, Sacramento
6 | Division;
7 | WHEREAS, American Express was served with the Complaint on December
8 | 30, 2022;
9 | WHEREAS, the parties previously agreed to extend the date for American
10 | Express to respond to the Complaint, by answer, motion or otherwise, to and
11 | including February 17, 2023;
12 | WHEREAS, the parties are still in the process of investigating the pertinent
13 | facts and discussing whether the matter may be resolved without further Court
14 | involvement;
15 | WHEREAS, pursuant to Local Rule 144(a), the Parties, through their
16 | respective counsel of record, have agreed to further extend the deadline to respond to
17 | the Complaint by thirty-three (33) days, to and including March 22, 2023; and
18 | WHEREAS, this Stipulation is made in good faith and not for purposes of
19 | delay;
20 | IT IS HEREBY STIPULATED by and between the parties, through their
21 | respective counsel of record, that American Express shall have a thirty-three (33) day
22 | extension of time, to and including March 22, 2023, to respond to the Complaint, by
23 | motion, answer, or otherwise.
24 | / / /
25 | / / /
26 | / / /
27 | / / /
28 |

1    **IT IS SO STIPULATED.**

2

3    Dated:  February 17, 2023          STROOCK & STROOCK & LAVAN LLP
                                        BRIAN C. FRONTINO
4

5                                       By:  _____
                                                 */s/ Brian C. Frontino*
6                                                  Brian C. Frontino

7                                       Attorneys for Defendant
                                             AMERICAN EXPRESS COMPANY
8
     Dated:  February 17, 2023          JENNIFER STANLEY, ESQ.
9

10                                      By:  _____
                                                 */s/ Jennifer Stanley*
11                                                 Jennifer Stanley

12                                      Attorneys for Plaintiff
                                             DIANA STANLEY
13

14   **IT IS SO ORDERED.**

15   DATED: February 22, 2023

16                                      _____
                                        ALLISON CLAIRE
17                                      UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
Case No. 2:22-cv-02303-AC

MIA 31614128

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE